UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-21379-CIV-COOKE/WHITE
Criminal Case No. 06-20226-CR-COOKE

GUILLERMO SANCHEZ-SALAZAR,

    Movant

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. On April 18, 2011, Judge White issued a Report (ECF No. 34) recommending that the Motion to Vacate Sentence (ECF No. 1) be denied. On May 11, 2011, Petitioner filed an affidavit of fact in support of his Motion to Vacate and his objections to Judge White's Report. (ECF Nos. 35, 36)

I have considered Petitioner's objections and made a *de novo* review of the record. I find Judge White's Report and Recommendation cogent. Accordingly, I hereby **ORDER and ADJUDGE** that Judge White's Report and Recommendation (ECF No. 34) is **AFFIRMED and ADOPTED**. Consistent with Judge White's Report, the Motion to Vacate Sentence (ECF No. 1) is **DENIED**. The Clerk is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida this 30th day of June 2011.

                                                   MARCIA G. COOKE
                                                   United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Counsel of Record*

Guillermo Sanchez-Salazar
76563-004
Big Spring Federal Correctional Institution
Inmate Mail/Parcels
1900 Simler Ave
Big Spring, TX 79720