# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.: 10-21379-Civ-COOKE/WHITE**

GUILLERMO SANCHEZ SALAZAR,

     Movant

vs.

UNITED STATES OF AMERICA,

     Respondent.

_____/

## ORDER GRANTING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS MATTER is before me on the Movant's Motion for Certificate of Appealability (ECF No. 43). Having reviewed the record and the Motion I find that Mr. Salazar has demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Accordingly, it is **ORDERED AND ADJUDGED** that the Motion for Certificate of Appealability (ECF No. 43) is **GRANTED** as to claims 1 and 2 (as numbered in Judge White's Report and Recommendation, ECF No. 34). The Clerk is instructed to immediately notify the Court of Appeals of this decision.

**DONE and ORDERED** in chambers, at Miami, Florida, this 7th day of October 2011.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Counsel of record*

Guillermo Sanchez Salazar
76563-004
Big Spring Federal Correctional Institution
Inmate Mail/Parcels
1900 Simler Ave
Big Spring, Texas 79720