UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-21379-Civ-COOKE
(06-20226-Cr-COOKE)

GUILLERMO SANCHEZ SALAZAR,

    Movant

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS MATTER is before me on the Guillermo Sanchez Salazar's Motion for Reconsideration. (ECF No. 39). On August 29, 2011, Mr. Salazar filed a Notice of Appeal. (ECF No. 41). "The filing of a notice of appeal is an event of jurisdictional significant – it confers jurisdiction to the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Green Leaf Nursery v. E.I. DuPont De Nemours & Co.*, 341 F.3d 1292, 1309 (11th Cir. 2003). Accordingly, I hereby **ORDER and ADJUDGE** that the Motion for Reconsideration is **DENIED** as this Court is without jurisdiction.

**DONE and ORDERED** in chambers, at Miami, Florida, this 3rd day of November 2011.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Counsel of record*